# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

MELVA CRAWFORD,         Civil File No. 08-2613-JWL/JPO

    Plaintiff,

vs.         **STIPULATION OF DISMISSAL**
       **WITH PREJUDICE**

UNITED RECOVERY SYSTEMS, LP,

    Defendant.

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff Melva Crawford, and the defendant, United Recovery Systems, LP hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                       Respectfully submitted,

Dated: 04/10/09        By /s/ J. Mark Meinhardt
                             J. Mark Meinhardt, #20245
                             4707 College Boulevard, Suite 100
                             Leawood, KS 66211
                             (913) 451-9797
                             (913) 451-6163 (fax)
                             ATTORNEY FOR PLAINTIFF

Dated: 04/10/09        By /s/ Mikki L. Rhoades
                             Mikki L. Rhoades, #23240
                             Louis J. Wade, #13042
                             The Skelly Building, Suite 350
                             605 W. 47th St.
                             Kansas City, MO 64112-1905
                             (816) 960-7323
                             (816) 753-9996 (fax)
                             ATTORNEYS FOR DEFENDANT